1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KIP SIDES,<br><br>                Plaintiff,<br><br>        v.<br><br>CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN, et al.,<br><br><br>                Defendants. | Case No. 5:17-CV-00273  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Haywood S. Gilliam to determine whether it is related to 3:15-cv-03893 HSG, Kip Sides v. Cisco Systems, Inc.

    IT IS SO ORDERED.


Date:  January 23, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-00273 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES